

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   1/6/2023

January 5, 2023

Lauren McCabe
Direct Dial:  212.806.1247
lmccabe@stroock.com

**Via Electronic Filing**
Honorable Analisa Torres
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Naked Whey, Inc., doing business as Naked Nutrition, v. Wunderkind Corporation.,
Case No. 22-cv-9614 -AT (S.D.N.Y.)
Request for Adjournment of Deadline to Submit Joint letter and Proposed Case
Management Plan and Scheduling Order

Dear Judge Torres:

On behalf of Plaintiff Naked Whey, Inc., doing business as Naked Nutrition ("Naked Whey"), we write to respectfully request an adjournment of the January 9, 2023, deadline for the parties to submit a joint letter and proposed Case Management Plan and Scheduling Order.  Pursuant to the Pretrial Scheduling Order, the parties were directed to submit a joint letter and a jointly proposed Case Management and Scheduling Order by January 9, 2023.  (ECF No. 6.)  However, the parties have since requested an extension of Defendant Wunderkind Corporation's time to respond to the Complaint, up to and including January 18, 2023 (ECF No. 15), which the Court granted.  (ECF No. 17.)

In accordance with Your Honor's Individual Practices in Civil Cases, because "defense counsel has not appeared at least one week prior to the deadline for these submissions," Plaintiff Naked Whey requests an adjournment of this deadline until after defense counsel has appeared and filed their response to the Complaint.

Respectfully submitted,

/s/ Lauren McCabe

GRANTED.  By **January 18, 2023**, the parties shall
file their joint letter and proposed case management
plan.

In addition, by **January 11, 2023**, defense counsel
shall file a notice of appearance.

Dated: January 6, 2023
    New York, New York

ANALISA TORRES
United States District Judge