```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/6/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAKED WHEY, INC., doing business as NAKED NUTRITION,

          Plaintiff,

-against-

WUNDERKIND CORPORATION,

          Defendant.

22 Civ. 9614 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's letter dated January 6, 2023. ECF No. 22. On January 5, 2023, Plaintiff requested an adjournment of the parties' deadline to submit a joint letter and proposed case management plan because defense counsel has not yet appeared in the action. *See* ECF No. 20. On January 6, 2023, the Court granted Plaintiff's request for an extension, set the parties' deadline to submit a joint letter and proposed case management plan for January 18, 2023, and ordered counsel for Defendant, Wunderkind Corporation, to file a notice of appearance by January 11, 2023. ECF No. 21. Later that day, Plaintiff filed a letter notifying the Court that, "[w]hile counsel for [Plaintiff] has spoken directly with in-house counsel for [Defendant], [counsel for Plaintiff] ha[s] not spoken with any counsel retained by [Defendant] (if any) for the purpose of defending this action." ECF No. 22 n.1; *see also* ECF No. 15 (letter dated December 7, 2022, filed by Plaintiff "[o]n behalf of the parties" stating that "[c]ounsel for [Defendant] Wunderkind [Corporation], David MacCallum, join[ed] in [a] request" for an extension of time for Defendant "to answer, move, or otherwise respond to the complaint"). Plaintiff now requests "that the Court adjourn the deadline for [Defendant] to file a notice of appearance until January 18, 2023, and that the parties' deadline for submission of the joint proposals be adjourned to a date thereafter." ECF No. 22.

    Plaintiff's request is GRANTED in part and DENIED in part. By **January 18, 2023**, defense counsel shall file a notice of appearance in this action. By **February 1, 2023**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: January 6, 2023
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge