UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAKED WHEY, INC., doing business as NAKED NUTRITION,

        Plaintiff,

-against-

WUNDERKIND CORPORATION,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/31/2023__

22 Civ. 9614 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 30, 2023, Plaintiff filed a stipulated protective order styled as a proposed protective order on the docket. ECF No. 36; *see id.* at 11 (listing signatures of counsel for both parties). The document is addressed to the Honorable Barbara C. Moses, not the undersigned. *Id.* at 1, 11. By **June 5, 2023**, the parties shall submit a revised proposed protective order.

    SO ORDERED.

Dated: May 31, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge