UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAKED WHEY, INC., doing business as NAKED NUTRITION,<br><br>Plaintiff,<br><br>v.<br><br>WUNDERKIND CORPORATION,<br><br>Defendant. | Civil Action No. 1:22-cv-09614-AT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counter-Defendant NAKED WHEY, INC., and Defendant and Counter-Claimant WUNDERKIND CORPORATION, hereby stipulate to dismiss this entire action, including all claims and counterclaims, with prejudice. There is no prevailing party, and each party will bear its own attorneys' fees and costs.

Dated: September 7, 2023

TROUTMAN PEPPER HAMILTON SANDERS LLP

_[signature]_

Bennet J. Moskowitz
Paris Kent
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000

*Attorneys for Defendant and Counter-Claimant WUNDERKIND CORPORATION*

Dated: September 7, 2023

STUBBS ALDERTON & MARKILES, LLP

_____
Daniel A. Rozansky - PHV
Michael A. Bernet - PHV
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA  91403
Telephone/Fax: (818) 444-6324

*Attorneys for Plaintiff and Counter-Defendant, NAKED WHEY, INC.*